IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15-CR-3020 |
| vs. | |
| ANGELA TIERNEY, | ORDER |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Motion to Continue Sentencing Hearing (filing [42](#)) is granted.

2. Defendant Angela Tierney's sentencing is continued to June 24, 2016, at 11:00 a.m., before the undersigned United States District Judge, in Courtroom No. 4, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 19th day of February, 2016.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge