IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ANGELA TIERNEY,<br><br>　　　　　　　Defendant. | 4:15CR3020<br><br>**ORDER** |

　　　The defendant was afforded an opportunity for a hearing, but agreed to be detained without a hearing. The defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the allegations within the Amended Petition.

IT IS ORDERED:

　　1)　The above-named defendant shall be detained until further order.

　　2)　The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

　　3)　The defendant shall appear at his/her revocation hearing scheduled for May 25, 2023 at 9:30 a.m. before the Honorable John M. Gerrard, in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2

4) The Amended Petition (Filing No. [77]), supersedes the Initial Petition (Filing No. [70]). The Initial Petition (Filing No. [70]), is therefore terminated.

February 16, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge